UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60210-CIV-COHN/WHITE

06-60112-CR-JIC

JOEL DAVID SANTANA-GUZMAN,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING REPORT OF UNITED STATES MAGISTRATE JUDGE

**THIS CAUSE** is before the Court on a Report and Recommendation regarding, submitted by United States Magistrate Judge Patrick A. White on February 27, 2007 [DE 3]. The Court notes that no objections to the Report have been filed and the time for filing such objections has passed. Pursuant to 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of the record herein, including the Motion and the Report and Recommendation, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1. The Report of Magistrate Judge Patrick A. White [DE 3] is hereby **ADOPTED**.

2. Movant Joel David Santana-Guzman's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. §2255 [DE 1] is **DISMISSED, without prejudice** as to any issue not cognizable on appeal.

3. The Clerk of Court is hereby directed to **CLOSE** this case. All pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 30th day of March, 2007.

JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record

Joel David Santana-Guzman, *pro se*
Reg. No. 57-551-004
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY  11232